606

473 A.2d 675

Foresman, Appellant, v. Foresman.

Argued November 15, 1983. Charles J. Weyandt, for appellant; Ledon Young, for appellees.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Affirmed.